IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

FRANKLIN ARMIJO,

        Plaintiff,

v.

        No. 1:14-cv-00610-RB-WPL

VALERIE PACHECO,

        Defendant.

**ORDER LIFTING STAY OF DISCOVERY AND ORDERING COMPLIANCE WITH THE ORDER TO COMPEL DISCOVERY**

This matter is before me *sua sponte*. On March 30, 2015, I entered an Order to Compel and Protective Order (Doc. 47) requiring Defendant Valerie Pacheco to produce certain documents subject to a protective order described in the Order. On April 7, 2015, I granted an unopposed motion to stay discovery pending resolution of Pacheco's claim of qualified immunity. (Doc. 51.) The April 7 Order specifically stayed the Order to Compel and Protective Order. (*Id.*) On July 22, 2015, the Court entered a Memorandum Opinion and Order denying Pacheco's invocation of qualified immunity on all remaining constitutional claims.[1] (Doc. 75 at 26.) Pacheco's claim of qualified immunity was completely resolved against her. (*Id.*)

The stay of discovery is hereby lifted. Pacheco will comply with the March 30, 2015, Order to Compel and Protective Order (Doc. 47) no later than August 5, 2015.

IT IS SO ORDERED.

                                      *William P. Lynch*
                                      WILLIAM P. LYNCH
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] The District Judge dismissed Armijo's constitutional tort claim for malicious prosecution. (Doc. 75 at 19-20.)