# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**FRANKLIN ARMIJO,**

        **Plaintiff,**

**v.**

                                          **1:14-cv-00610-RB-WPL**

**VALERIE PACHECO,**

        **Defendant.**

## ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE PARTY

**THIS MATTER** having come before the Court on the parties' Stipulated Motion to Substitute Party and the Court having reviewed the Motion and having been fully advised in the premises, **FINDS** that good cause exists to grant the Motion based upon the agreement of the parties.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED**:

The City of Albuquerque shall be substituted as a party in place of Defendant Valerie Pacheco. Defendant Valerie Pacheco shall be dismissed from this lawsuit with prejudice.

_____
**UNITED STATES DISTRICT JUDGE**

**SUBMITTED AND AGREED TO BY:**

**CITY OF ALBUQUERQUE**
Jessica M. Hernandez, City Attorney

*/s/ Kristin J. Dalton*
Kristin J. Dalton
Assistant City Attorney
P. O. Box 2248
Albuquerque, New Mexico 87103
(505) 768-4500 / F:  (505) 768-4440

*Attorney for Defendant Valerie Pacheco*


*Electronically approved 9/9/15*
Joseph P. Kennedy, Esq.
Theresa V. Hacsi, Esq.
KENNEDY KENNEDY & IVES, LLC
1000 Second Street N.W.
Albuquerque, NM  87102
(505) 244-1400

*Attorneys for Plaintiff*